```
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SCOTT JOHNSON, | |
|---|---|
| Plaintiffs, | Case No. 21-cv-03838-SI   (SI) |
| v. | **ORDER OF CONDITIONAL DISMISSAL UPON SETTLEMENT** |
| SOUTH BAY PIZZA INC., | |
| Defendants. | |

The parties to the action, by their counsel, have advised the court that they have agreed to a settlement.

IT IS HEREBY ORDERED that this matter is DISMISSED WITH PREJUDICE. However, that if any party hereto certifies to this court, with proof of service of a copy thereon on opposing counsel, within ninety days from the date hereof (12/23/2021), that settlement has not in fact occurred, the foregoing order shall be vacated and this cause shall forthwith be restored to the calendar for further proceedings.

**IT IS SO ORDERED**.

Dated: September 24, 2021

_____
SUSAN ILLSTON
United States District Judge